## Case No. 8,838.

### In re MACKAY.

[4 N. B. R. 67 (Quarto, 17).] [1]

District Court, S. D. New York. 1870.

BANKRUPTCY—DISCHARGE—PROPER BOOKS OF ACCOUNT.

Where discharge was refused bankrupt for failing to keep proper books of account.

[In the matter of John Maxwell Mackay, a bankrupt. For prior proceedings in this case, see Case No. 8,837.]

T. C. F. Buckley, for creditor.
G. C. Barrett, for bankrupt.

BLATCHFORD, District Judge. Having come to the conclusion, on the evidence, that the bankrupt was, in fact, as a merchant and trader, a member with John Murdock Mackay and John Neilson, of the copartnership firm of J. M. Mackay & Co., a discharge must be refused to him, for the reasons set forth for refusing discharges to those persons; the specifications in opposition to his discharge as a member of said firm, as a merchant and trader, being to the same effect as in respect to them, in regard to the keeping of proper books of account.

[1] [Reprinted by permission.]